**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DONALD ROBINSON** **PLAINTIFF**
**ADC #092239**

**v.** **No. 2:26-cv-00096-LPR-BBM**

**DOE** **DEFENDANT**

**ORDER**

On June 12, 2026, Plaintiff Donald Robinson, an inmate at the East Arkansas Regional Unit of the Arkansas Division of Correction, filed a letter to the Chief District Judge, which was docketed as a *pro se* Complaint brought pursuant to 42 U.S.C. § 1983.[1] The Complaint was not accompanied by the filing fee or a motion for leave to proceed *in forma pauperis*. On June 22, 2026, Magistrate Judge Moore entered an Order directing Mr. Robinson to either pay the $405 filing fee or file a motion to proceed *in forma pauperis* within thirty (30) days.[2] Judge Moore further noted that the form of Mr. Robinson's Complaint made it "unclear what constitutional claims [he is] attempting to raise and against whom."[3] So, Judge Moore also directed Mr. Robinson to file an amended complaint on a court-approved form within thirty (30) days.[4] Mr. Robinson was warned that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[5]

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id*. at 2.

[4] *Id.* at 2–4 (citing Local Rule 9.1).

[5] *Id.* at 4.

Mr. Robinson subsequently filed a Motion for Preliminary Injunction.[6] But he has not complied with or otherwise responded to the Court's June 22, 2026 Order, and the time for doing so has expired. Accordingly, Mr. Robinson's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). Mr. Robinson's Motion for Preliminary Injunction (Doc. 4) is DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[6] Doc. 4.